**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

ERNEST DAVIS,
      Petitioner,

v.                                          Case No.  3:12cv313/MCR/CJK

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,
      Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 16, 2014.  (Doc. 27).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's Report and Recommendation (doc. 27) is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus (doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Ernest Wesley Davis, III*, Santa Rosa County, Florida, Circuit Court Case Number 05-1010, is DENIED, and the clerk is directed to close the file.

3.  A certificate of appealability is DENIED.

**DONE and ORDERED** on this 12th day of September, 2014.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**